NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

YONG KOO,

          Plaintiff,

    vs.

THE CARVING BOARD, LLC;
WERNER TRUST; and DOES 1 to 10,

      Defendants.

**Case No.: 2:19-cv-03331 RGK (AFMx)**

[~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**

Complaint Filed:   April 25, 2019
Trial Date:        July 07, 2020

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice, both sides to bear their own fees and costs.

The Court retains jurisdiction for the limited purpose of enforcing any settlement agreement the parties enter into.

SO ORDERED.

DATED: June 16, 2020

_____
United States District Court Judge